AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>SELYA, BRUCE M. | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>05/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>316 FEDERAL COURTHOUSE<br>ONE EXCHANGE TERRACE<br>PROVIDENCE, RI 02903 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 2. | ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 3. | TRUSTEE EMERITUS | BRYANT UNIVERSITY |
| 4. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP (REAL ESTATE GENERAL PARTNERSHIP) |
| 5. | CHAIRMAN EMERITUS | LIFESPAN CORPORATION (NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS) |
| 6. | TRUSTEE | LIFESPAN OF MASSACHUSETTS (NON-PROFIT HOLDING COMPANY) |
| 7. | ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 8. | DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 9. | TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL (A NON-PROFIT CORPORATION) |
| 10. | JUDICIAL COUNCIL CHAIRMAN | RHODE ISLAND STATE - FEDERAL JUDICIAL COUNCIL |
| 11. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | SELYA PROPERTIES (REAL ESTATE GENERAL PARTNERSHIP) |
| 12. | MEMBER | YDNIC, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC) |

| Name of Person Reporting | Date of Report |
|---|---|
| **SELYA, BRUCE M.** | 05/15/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 (H) | | | | | | | | | |
| 2. AGAWAM HUNT NOTE RECEIVABLE | A | Interest | J | T | | | | | |
| 3. FRIENDSHIP REALTY 40%, LINCOLN, RI APARTMENT BUILDING | E | Rent | O | W | | | | | |
| 4. MA INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 5. MET LIFE COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. ORBIS INC COMMON STOCK | A | Dividend | J | W | | | | | |
| 7. PHOENIX COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. SELYA PROPERTIES 50%, PROVIDENCE, RI RESIDENTIAL CONDO | C | Rent | L | W | | | | | |
| 9. SILVER RESOURCES, INC COMMON STOCK | A | Dividend | J | W | | | | | |
| 10. WASHINGTON TRUST BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. YDNIC, LLC REAL ESTATE, PORTSMOUTH, NH | G | Rent | P1 | W | | | | | |
| 12. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 13. BANK OF AMERICA ACCOUNTS | A | Interest | N | T | | | | | |
| 14. BANK RHODE ISLAND ACCOUNTS | A | Interest | M | T | | | | | |
| 15. CAMBRIDGE SAVINGS BANK ACCOUNT | A | Interest | L | T | | | | | |
| 16. RBS CITIZENS ACCOUNT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. RBS CITIZENS IRA ACCOUNT | B | Interest | K | T | | | | | |
| 18. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | A | Dividend | K | T | | | | | |
| 19. NY LIFE INSURANCE & ANNUITY CORPORATION ANNUITY | | None | M | T | | | | | |
| 20. PHOENIX MUTUTAL LIFE INS CO CSV | | None | K | T | | | | | |
| 21. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 22. BANK OF AMERICA ACCOUNT | A | Interest | P1 | T | Buy (add'l) | 01/01/15 | K | | |
| 23. BRISTOL COUNTY RI WATER BOND MUNI BOND | B | Interest | | | Sold | 12/15/15 | K | A | |
| 24. PAWTUCKET RI BOND MUNI BOND | A | Interest | L | T | Redeemed (part) | 12/01/15 | K | A | |
| 25. PUERTO RICO COMM PUB IMPROV BOND MUNI BOND | A | Interest | J | T | | | | | |
| 26. PUERTO RICO ELECTRIC POWER BOND MUNI BOND | B | Interest | K | T | | | | | |
| 27. RHODE ISLAND DEPOSITORS BOND MUNI BOND | A | Interest | J | T | | | | | |
| 28. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | D | Interest | M | T | | | | | |
| 29. RI HOUSING & MORTGAGE FINANCE CORP BOND MUNI BOND | D | Interest | M | T | Redeemed (part) | 04/01/15 | L | A | |
| 30. RI INFRASTR BK BOND MUNI BOND | A | Interest | K | T | Buy | 12/04/15 | K | | |
| 31. RI PROV PLANTATIONS BOND MUNI BOND | D | Interest | O | T | Buy (add'l) | 07/22/15 | K | | |
| 32. RHODE ISLAND CLEAN WATER BOND MUNI BOND | D | Interest | N | T | Buy (add'l) | 07/22/15 | L | | |
| 33. WARWICK RI BOND MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 35. BARRICK GOLD CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. BROOKLINE BANCORP INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 37. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 38. KEYSIGHT TECHNOLOGIES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. NEWMONT MINING CORP. STOCK | A | Dividend | K | T | | | | | |
| 40. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. ROYAL GOLD INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. SILVER WHEATON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 44. BROKERAGE ACCOUNT # 4 (H) | | | | | | | | | |
| 45. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. B OF A TAX EXEMPT RESERVES CASH FUND | A | Dividend | M | T | | | | | |
| 47. CENTURYLINK INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. FRONTIER COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 50. ONE GAS, INC COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ONEOK, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 52. PERKINELMER INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 53. PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. TEXTRON, INC. COMMON STOCK | A | Dividend | L | T | | | | | |
| 56. UNION PAC CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 57. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | | | | | |
| 58. WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 59. BROKERAGE ACCOUNT # 5 (H) | | | | | | | | | |
| 60. 3M CORP. COMMON STOCK | B | Dividend | K | T | Sold (part) | 04/15/15 | K | E | |
| 61. ABILITY, INC. COMMON STOCK | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 62. ALLIANCE DATA SYS CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 63. ALLSTATE CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 64. AMERIPRISE FINANCIAL, INC. COMMON STOCK | C | Dividend | K | T | Sold (part) | 04/19/15 | K | D | |
| 65. AMGEN INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 66. ANALOG DEVICES, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 67. ARIZONA ST TRANSN BRD MUNI BOND | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. AT&T INC COMMON STOCK | C | Dividend | K | T | | | | | |
| 69. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 70. BNY MELLON INTERNATIONAL FUND MUTUAL FUND | A | Dividend | | | Buy | 03/30/15 | N | | |
| 71. | | | | | Sold | 12/15/15 | N | A | |
| 72. BNY MELLON MC MULTI-STRATEGY FUND MUTUAL FUND | E | Dividend | | | Sold | 12/11/15 | N | A | |
| 73. BNY MELLON NATIONAL ST MUNICIPAL FUND MUTUAL FUND | C | Dividend | N | T | Buy | 04/09/15 | N | | |
| 74. BRISTOL RI MUNI BOND | B | Interest | L | T | | | | | |
| 75. CDK GLOBAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. CALIFORNIA RESOURCES CORP COMMON STOCK | A | Dividend | | | Sold | 04/02/15 | J | A | |
| 77. CAPITAL ONE FINANCIAL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 78. CELANESE CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 79. CENTERPOINT ENERGY, INC. COMMON STOCK | C | Dividend | | | Sold | 04/09/15 | L | E | |
| 80. CHEVRON CORPORATION COMMON STOCK | B | Dividend | K | T | Sold (part) | 04/09/15 | K | C | |
| 81. CHUBB CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 82. COGNIZANT TECHONOLOGY SOLUTIONS CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 83. CRA BNY MELLON, N.A. ACCOUNT | A | Interest | K | T | Buy (add'l) | 01/01/15 | P1 | | |
| 84. | | | | | Sold (part) | 12/31/15 | P1 | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. DFA EMERGING MARKETS CORE EQUITY MUTUAL FUND | B | Dividend | | | Sold | 09/24/15 | M | A | |
| 86. DFA INTERNATIONAL SUSTAINABILITY CORE MUTUAL FUND | B | Dividend | | | Buy (add'l) | 02/18/15 | L | | |
| 87. | | | | | Sold | 03/30/15 | N | A | |
| 88. DISTRICT COLUMBIA INC TAX REV MUNI BOND | C | Interest | M | T | | | | | |
| 89. DREYFUS INTERNATIAL SMALL CAP FUND MUTUAL FUND | B | Dividend | L | T | Buy | 04/02/15 | M | | |
| 90. DREYFUS OPPORTUNISTIC S/C MUTUAL FUND | E | Dividend | | | Sold | 12/23/15 | N | A | |
| 91. EATON CORPORATION PLC COMMON STOCK | C | Dividend | L | T | | | | | |
| 92. EXXON MOBIL CORP. COMMON STOCK | C | Dividend | L | T | | | | | |
| 93. FAYETTEVILLE NC PUBLIC WORKS MUNI BOND | C | Interest | M | T | | | | | |
| 94. FLORIDA ST BOARD OF GOVERNORS MUNI BOND | C | Interest | M | T | | | | | |
| 95. FLORIDA ST DEPT OF MGMT SVCS MUNICIPAL BOND | C | Interest | L | T | Buy | 09/25/15 | M | | |
| 96. FORT WORTH TEX WTR SWR MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 97. GENERAL ELECTRIC CO. COMMON STOCK | C | Dividend | L | T | | | | | |
| 98. GENUINE PARTS CO. COMMON STOCK | B | Dividend | K | T | | | | | |
| 99. HARRIS COUNTY TX FLOOD CONTROL MUNICIPAL BOND | C | Interest | M | T | Buy | 10/15/15 | M | | |
| 100. HAWAII ST MUNICIPAL BOND | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. HOME DEPOT, INC. COMMON STOCK | D | Dividend | L | T | Sold (part) | 04/09/15 | K | E | |
| 102. HONEYWELL INTL INC COMMON STOCK | B | Dividend | K | T | Sold (part) | 04/02/15 | K | E | |
| 103. INDIANAPOLIS IND PUB IMPT MUNI BOND | B | Interest | L | T | | | | | |
| 104. ISHARES MSCI EAFE INDEX FUND | D | Dividend | N | T | Buy | 12/15/15 | N | | |
| 105. ISHARES TR S&P MIDCAP 400 INDEX FUND | D | Dividend | N | T | Buy | 12/11/15 | N | | |
| 106. ISHARES TR S&P SMALLCAP 600 INDES FUND | C | Dividend | N | T | Buy | 12/23/15 | N | | |
| 107. INTERNATIONAL BUSINESS MACHINES CORPORATION COMMON STOCK | B | Dividend | K | T | | | | | |
| 108. INVESCO LIMITED COMMON STOCK | C | Dividend | L | T | | | | | |
| 109. JOHNSON & JOHNSON COMMON STOCK | C | Dividend | L | T | | | | | |
| 110. JP MORGAN CHASE & CO COMMON STOCK | B | Dividend | L | T | | | | | |
| 111. MCGRAW HILL COMPANIES, INC. COMMON STOCK | B | Dividend | K | T | Sold (part) | 04/19/15 | J | C | |
| 112. MCKESSON CORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 113. MERCK & CO., INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 114. MICHIGAN ST TRUNK LINE MUNI BOND | C | Interest | M | T | | | | | |
| 115. MISSOURI ST BOARD OF PUBLIE BUILDING MUNI BOND | C | Interest | M | T | | | | | |
| 116. MICROCHIP TECHNOLOGY, INC. COMMON STOCK | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. MONDELEZ INTERNATIONAL WI COMMON STOCK | B | Dividend | K | T | | | | | |
| 118. NATIONAL GRID PLC COMMON STOCK | C | Dividend | L | T | | | | | |
| 119. NEWPORT RI MUNI BOND | B | Interest | L | T | | | | | |
| 120. NEW YORK CITY NY TRANSITIONAL MUNI BOND | C | Interest | M | T | | | | | |
| 121. NEWELL RUBBERMAID INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 122. NEXTERA ENERGY INC COMMON STOCK | C | Dividend | L | T | | | | | |
| 123. NOVARTIS AG COMMON STOCK | C | Dividend | L | T | | | | | |
| 124. OCCIDENTAL PETROLEUM CORP. COMMON STOCK | B | Dividend | | | Sold | 04/02/15 | L | C | |
| 125. OHIO ST MUNI BOND | C | Interest | M | T | | | | | |
| 126. ORACLE CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 127. OREGON ST DEPT OF TR MUNI BOND | C | Interest | M | T | | | | | |
| 128. PEPSICO INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 129. PFIZER, INC. COMMON STOCK | D | Dividend | L | T | Sold (part) | 04/09/15 | L | D | |
| 130. PHILIP MORRIS INTERNATIONAL, INC. COMMON STOCK | D | Dividend | L | T | | | | | |
| 131. PRAXIR INC. COMMON STOCK | B | Dividend | L | T | Sold (part) | 04/09/15 | J | B | |
| 132. PURDUE UNIV IND REVS BOND | B | Interest | L | T | | | | | |
| 133. QUALCOMM, INC. COMMON STOCK | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. REYNOLDS AMERICA, INC. (F/K/A LORILLARD, INC). COMMON STOCK | D | Dividend | K | T | Sold (part) | 06/06/15 | M | F | NAME CHANGE |
| 135. RI CLEAN WATER MUNICIPAL BOND | D | Interest | M | T | Matured (part) | 10/01/15 | L | A | |
| 136. RI ST & PROV PLANTATIONS MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 137. RI STATE ECONOMIC DEV CORP REV MUNI BOND | B | Interest | L | T | | | | | |
| 138. SCHLUMBERGER, LTD. COMMON STOCK | B | Dividend | L | T | | | | | |
| 139. SEAGATE TECHNOLOGY COMMON STOCK | D | Dividend | K | T | | | | | |
| 140. SIMON PROPERTY GROUP, INC. REIT COMMON STOCK | C | Dividend | K | T | | | | | |
| 141. SOUTH CAROLINA ST PUB MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 142. SPECTRA ENERGY CORPORATION COMMON STOCK | C | Dividend | L | T | | | | | |
| 143. THE PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | K | T | | | | | |
| 144. THE WALT DISNEY CO. COMMON STOCK | C | Dividend | L | T | Sold (part) | 04/09/15 | J | D | |
| 145. TRANSCANDA CORP COMMON STOCK | B | Dividend | | | Sold | 03/30/15 | L | A | |
| 146. TYCO INTERNATIONAL PLC COMMON STOCK | B | Dividend | L | T | Sold (part) | 04/09/15 | J | B | |
| 147. ULTIMATE SOFTWARE GROUP COMMON STOCK | A | Dividend | K | T | | | | | |
| 148. UNITED TECHNOLOGIES CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 149. UNIVERSITY OF ARKANSAS BOND | B | Interest | | | Matured | 09/15/15 | L | A | |
| 150. UTAH STATE UNIVERSITY BOND | C | Interest | M | T | Buy | 09/30/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. VALERO ENERGY CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 152. WASHINGTON CHRT TWP MI BOND MUNICIPAL BOND | C | Interest | M | T | Buy | 10/09/15 | M | | |
| 153. WASHINGTON FEDERAL HIGHWAY MUNI BOND | C | Interest | | | Matured | 09/01/15 | L | A | |
| 154. WASHINGTON ST MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 155. WP GLIMCHER, INC.(F\K\A WASHINGTON PRIME GROUP) COMMON STOCK | A | Dividend | | | Sold | 04/02/15 | J | A | NAME CHANGE |
| 156. WICHATA FALLS TX WTR & SWR REV MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 157. WILLIAMS COS, INC. COMMON STOCK | C | Dividend | K | T | | | | | |
| 158. XL GROUP PLC COMMON STOCK | B | Dividend | K | T | Sold (part) | 04/02/15 | L | E | |
| 159. YUM! BRANDS, INC. COMMON STOCK | B | Dividend | | | Sold | 04/02/15 | L | E | |
| 160. BROKERAGE ACCOUNT # 6 (H) | | | | | | | | | |
| 161. GOLDMAN SACHS BANK ACCOUNT | A | Interest | M | T | Buy | 01/01/15 | M | | |
| 162. SUNTRUST BANK ACCOUNT | A | Interest | | | Sold | 12/31/15 | M | A | |
| 163. BROKERAGE ACCOUNT # 7 (H) | | | | | | | | | |
| 164. ABILITY INC. COMMON SOCK | A | Dividend | J | T | Buy | 04/10/15 | M | | |
| 165. BANK OF AMERICA BANK ACCOUNT | A | Interest | J | T | Buy | 01/01/15 | J | | |
| 166. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 167. ML BANK DEPOSIT PROGRAM CASH | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BRUCE M. SELYA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544